# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-10341-ELF

TERRELL LOWE

2928 N JUDSON ST

PHILADELPHIA, PA 19132-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  TERRELL LOWE

  2928 N JUDSON ST

  PHILADELPHIA, PA 19132-

Counsel for debtor(s), by electronic notice only.

  THU B. TRAN, ESQ.
  1410 W. ERIE AVENUE

  PHILADELPHIA, PA 19140-

Date: 4/17/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee