United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terrell Lowe  
    Debtor

Case No. 20-10341-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: jch     Page 1 of 1     Date Rcvd: May 11, 2020  
                          Form ID: 175     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.  
db            +Terrell Lowe,    2928 N Judson St,    Philadelphia, PA 19132-2018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:  
         JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon, et.al. paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon, et.al.  
          paeb@fedphe.com  
         THU B. TRAN    on behalf of Debtor Terrell   Lowe ttran@clsphila.org,  
          trantr83434@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                       TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Terrell Lowe
    Debtor(s)

Case No: 20−10341−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first, second, third & final installment payment for a total amount of $310.00

will be held before the Honorable Eric L. Frank, United States Bankruptcy Court

on: 6/2/20

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 11, 2020

28
Form 175