# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Chapter 13


TERRELL  LOWE                              Bankruptcy No. 20-10341-ELF

2928 N JUDSON ST

PHILADELPHIA, PA 19132-



          Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      TERRELL  LOWE

      2928 N JUDSON ST

      PHILADELPHIA, PA 19132-

**Counsel for debtor(s), by electronic notice only.**
      THU B. TRAN, ESQ.
      1410 W. ERIE AVENUE

      PHILADELPHIA, PA 19140-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

Date: 5/19/2020                                             /s/ William C. Miller

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee