**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **Terrell Lowe** | : | CASE NO: **20-10341**-elf |
| Debtor | : | |

## CERTIFICATE OF SERVICE

    I, Thu Tran, certify that I caused a copy of the **SECOND AMENDED CHAPTER 13 PLAN,** by first class mail or by email on August 31, 2020 through the court's electronic filing system as indicated below:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

Water Revenue Bureau
c/o City of Philadelphia Law Department Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

*By email on August 31, 2020 through the court's e-filing system:*

JEROME B. BLANK on behalf of Creditor The Bank Of New York Mellon, et.al.
paeb@fedphe.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,
philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor The Bank Of New York Mellon, et.al.
paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

          BY:    */s/ Thu Tran*____
                  Thu B. Tran, Esq.
                  Community Legal Services, Inc.
                  1410 W. Erie Ave., Philadelphia, PA 19140
                  215-227-2409