**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Terrell Lowe                      CHAPTER 13

                 Debtor(s)

                                           BKY. NO. 20-10341 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRU STEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOL VING HOME EQUITY LOAN TRUST, SERIES 2006-H and index same on the master mailing list.

                                                   Respectfully submitted,

                                       /s/ *Rebecca Solarz*
                                       Rebecca Solarz
                                       12 Nov 2020, 14:46:41, EST

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322