**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> TERRELL  LOWE | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 20-10341-ELF |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: January 13, 2021

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
THU B. TRAN, ESQ.
1410 W. ERIE AVENUE

PHILADELPHIA, PA 19140-

Debtor:
TERRELL  LOWE

2928 N JUDSON ST

PHILADELPHIA, PA 19132-