United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10341-elf

Terrell Lowe                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                          Page 1 of 2

Date Rcvd: Jan 13, 2021                  Form ID: pdf900                  Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrell Lowe, 2928 N Judson St, Philadelphia, PA 19132-2018 |
| 14468583 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14454156 | + | Bank of America, 7105 CORPORATE DR, Plano, TX 75024-4100 |
| 14481080 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14454160 | + | Philadelphia Gas Works, Attn: Bankruptcy Unit, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14485371 | | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14560833 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14474456 | | The Bank Of New York Mellon, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2021 03:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14517106 | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14454157 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 14 2021 03:23:08 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14454158 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2021 03:19:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14478464 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 03:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14454159 | | Email/PDF: pa_dc_claims@navient.com | Jan 14 2021 03:21:20 | Navient, U.S. Department of Education Loan Servic, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 14466931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:23:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14454161 | | Email/Text: DMCCO.VBASPL@va.gov | Jan 14 2021 03:13:00 | VA Debt Management Center, 1 Federal Drive, Suite 4500, Saint Paul, MN 55111-4080 |

TOTAL: 10

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 13, 2021                       Form ID: pdf900                                Total Noticed: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| JEROME B. BLANK | on behalf of Creditor The Bank Of New York Mellon  et.al. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor The Bank Of New York Mellon  et.al. paeb@fedphe.com |
| THU B. TRAN | on behalf of Debtor Terrell Lowe ttran@clsphila.org  trantr83434@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
TERRELL  LOWE


                    Debtor              Bankruptcy No. 20-10341-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


Date: January 13, 2021          _____
                                        Eric L. Frank
                                      Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
THU B. TRAN, ESQ.
1410 W. ERIE AVENUE

PHILADELPHIA, PA 19140-


Debtor:
TERRELL  LOWE

2928 N JUDSON ST

PHILADELPHIA, PA 19132-